IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS
CIVIL DIVISION ___

DONNA K. DODSON &
ROBERT DODSON                                                    PLAINTIFFS

VS.                         CASE NO. 17CV2014-119

LOWE'S HOME CENTERS, LLC
d/b/a/ LOWE'S HOME IMPROVEMENT,
& JOHN DOES I - IX                                               DEFENDANTS

## COMPLAINT

Come now Plaintiffs, Donna K. Dodson and Robert Dodson, and for this Complaint and cause of action against Defendants, Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, & John Does I - IX, do state and allege as follows:

1. Presently, and at the time of the accident, Plaintiffs were and are citizens and residents of Crawford County, Arkansas.

2. Lowe's Home Centers, LLC, is a foreign corporation registered in this state that sells home improvement supplies and products and various retail items to the public doing business as Lowe's Home Improvement with a place of business located at 2120 Fayetteville Road, Van Buren, AR 72956 and its agent for service of process is the Corporation Service Company.

3. This is an action for personal injuries and damages as a result of an injury on the premises of Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement which occurred at 2120 Fayetteville Road, Van Buren, Crawford County, Arkansas.

4. Venue and jurisdiction are proper in this County and district pursuant to ARK. CODE ANN. § 16-60-112 and ARK. CODE ANN. § 16-55-213.

17CV-14-119    171-17100008715-004    Page 1 of 6
DONNA DODSON ETUX V LOWES HO 8 Pages
CRAWFORD CO    04/24/2014 02:52 PM
CIRCUIT COURT                CC05$

EXHIBIT 2

5. Further, John Does I-IX identified in Plaintiffs' Complaint, include other responsible parties and the other possible agents of Defendant, Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, at the time of the subject incident. The identity of these John Doe Defendants, despite Plaintiffs' best information, is unknown at this time.

6. Attached as "Exhibit #1," is an affidavit as required by ARK. CODE ANN. § 16-56-125 regarding the identities and whereabouts of Jane and John Does I-IX.

7. On November 22, 2013, Plaintiffs, Donna K. Dodson and Robert Dodson, went shopping at Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement ("Lowe's") place of business at 2120 Fayetteville Road, Van Buren, Crawford County, Arkansas, during regular business hours.

8. While shopping, Plaintiff, Donna K. Dodson, fell on the premises due to a dangerous condition created by a wooden pallet that was obstructing an aisle, which caused injury to her person and causing damages as set forth herein.

## COUNT I - NEGLIGENCE

9. Defendants were negligent in the following particulars, to-wit:
    a. Defendants had a duty to Plaintiffs to exercise ordinary care to maintain the premises in a reasonably safe condition for their benefit as invitees.
    b. Defendants breached their duty to Plaintiffs by failing to maintain the premises in a reasonably safe condition, and;
        i. that the presence of the wooden pallet in the isle was the result of Defendants' negligence, or;

  ii. that the wooden pallet had been in the isle for such a length of time that Defendants knew or reasonably should have known of its presence and failed to use ordinary care to remove it.

 c. As a direct and proximate result of Defendants' failure to exercise reasonable care to maintain the premises in a reasonably safe condition, Plaintiffs sustained damages as set forth herein for an amount to be proven at trial.

## COUNT II - NEGLIGENT SUPERVISION

10. Plaintiffs re-adopt and re-allege paragraphs 1 through 9 as if set fully set forth herein.

11. That Defendants, Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, & John Does I - IX, and their agents were negligent in failing to properly supervise their agent(s), in the following particulars to wit:

 a. Failing to properly supervise their agent(s);

 b. Defendants knew or should have known with the exercise of reasonable care that the agent(s), was/were unfit or unqualified to maintain the premises in a reasonably safe condition;

 c. Failed to supervise the job performance of the agent(s);

 d. Failed to ensure the agent(s) maintained the premises in a reasonably safe condition.

12. That the negligence of Defendants, Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, & John Does I - IX, and their agents, was a direct and proximate cause of the damages suffered by Plaintiffs.

## COUNT III-NEGLIGENT TRAINING

13. Plaintiffs re-adopt and re-allege paragraphs 1 through 12 as if set fully set forth herein.

14. That Defendants, Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, & John Does I - IX, and their agents, were negligent in failing to properly train their agent(s) in the following particulars to wit:

   a. Failing to properly train the agent(s), in the proper operations, safety training and any and all other basic training necessities that a properly qualified person that obtains the position of maintaining the premises in a reasonably safe condition should have;

   b. Failed to prevent agent(s) from allowing the premises to fall into a less than reasonably safe condition.

15. That the negligence of Defendants, Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, & John Does I - IX, and their agents, was a direct and proximate cause of the damages suffered by Plaintiffs.

## DAMAGES

16. Plaintiffs re-adopt and re-allege paragraphs 1 through 15 as if set fully set forth herein.

17. As a result of Defendants' failure to maintain the premises, Plaintiffs are entitled to reasonable compensation for Donna K. Dodson's personal injuries, entitled to recover medical expenses incurred in the past and reasonably certain to be incurred in the future, entitled to recover for her pain, suffering and mental anguish, both past and future, and is entitled to recover for her loss of earnings and profits, both past and future, and for any scars and disfigurement, or visible result of injury, past and future wage loss and loss of earning capacity all as the evidence may show.

18. Robert Dodson, husband of the injured Mrs. Dodson, sustained damages for loss of consortium as the evidence in this case will show, and is entitled to reasonable compensation that would fairly compensate him for the reasonable value of any loss of services, society, companionship and marital relationship of his wife proximately caused by the negligence and fault of Defendants herein.

## JURY DEMAND

19. Plaintiffs re-adopt and re-allege paragraphs 1 through 18 as if set fully set forth herein.

20. That the Plaintiffs demand a jury trial.

WHEREFORE, Plaintiff prays that they have and recover of and from the Defendants damages in the amount as shown by the evidence; for costs; for attorney's fees; and for any and all other just and proper relief to which the Plaintiffs may be entitled.

        Respectfully submitted on behalf of,
        Donna K. Dodson and Robert Dodson, Plaintiffs

BY: _____
Keith M. Kannett
ABN: 08165
THE LAW OFFICES OF CRAIG L. COOK
ATTORNEYS AT LAW
319 N. 8TH Street
Fort Smith, AR 72901
phone: (479) 783-8000
fax:   (479) 783-8002
keith@lawofficesofcraiglcook.com

## VERIFICATION

I, Donna K. Dodson and Robert Dodson, state upon oath that the statements contained in the above and foregoing Complaint, are true and correct to the best of our knowledge and belief.

_____  
Donna K. Dodson, Plaintiff

_____  
Robert Dodson, Plaintiff

## ACKNOWLEDGEMENT

STATE OF Arkansas )  
                 )  
COUNTY OF Sebastian )

On this the 16 day of April, 2014, before me, the undersigned officer, personally appeared Donna K. Dodson and Robert Dodson, known to me or satisfactorily proven to be the persons whose name is subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

**LUCRETIA MEINARDUS**  
Arkansas - Sebastian County  
Notary Public - Comm# 12350850  
My Commission Expires Oct 14, 2016

_____  
Notary Public

Page 6 of 6




# The Law Offices of
# CRAIG L. COOK
### Attorneys at Law

www.lawofficesofcraigicook.com

Craig L. Cook, licensed in AR and OK
M. Cody Flynn, licensed in AR
Keith M. Kannett, licensed in AR

Trelia A. Sparks, licensed in AR
Jenna L. Newcomer, licensed in AR and OK
Herschel Cleveland, Of Counsel

*"Solving Problems and Changing Lives."*

April 17, 2014

Sharon L. Blount
Crawford County Circuit Court Clerk
300 Main St. Room 22
Van Buren, AR 72956

FILED 2014 APR 24 PM 2: 52
CRAWFORD COUNTY
CIRCUIT CLERK
BY _____

RE:  Donna K. Dodson and Robert Dodson v. Lowe's Home
     Centers, LLC d/b/a Lowe's Home Improvement, et al.
     Crawford County Circuit Court Case
     Initial Filing

Dear Clerk,

   Enclosed please find check 12036 in the amount of $165.00, representing the initial filing fee, civil cover sheet, an original and two (2) copies of the Complaint, and three (3) Summons in regards to the above styled case. Kindly file same and return the copies in the stamped return envelope provided for your convenience. If you have any questions or concerns, do not hesitate to contact me at my Fort Smith office set out below.

   Thank you for your time and consideration in this matter.

Yours very truly,

Keith M. Kannett
Attorney at Law

KMK/aes
cc:   Donna and Robert Dodson

319 North 8th Street
Fort Smith, AR 72901

Phone: 479-783-8000
Fax: 479-783-8002
Toll Free: 1-877-830-0913

Writer's Email: keith@lawofficesofcraigicook.com

# COVER SHEET
# STATE OF ARKANSAS
# CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located on the back of the form.

## FILING INFORMATION

County: **Crawford**   District: **Van Buren**   Docket Number: **17CV-2014- 119**

Judge: **GPC**   Division: **Civil I**   Filing Date: **4-24-14**

Plaintiffs: **Donna K. Dodson and Robert Dodson**   Defendant(s): **Lowe's Home Centers LLC, d/b/a Lowe's Home Improvement**

Attorney Providing Information: **Keith M. Kannett**   **319 N. 8th Street, Fort Smith AR 72901**
■ Plaintiff  ☐ Defendant                              Address

**Type of Case:**

**Torts**
- ☐ (NM) Negligence: Motor Vehicle
- ■ (NO) Negligence: Other
- ☐ (BF) Bad Faith
- ☐ (FR) Fraud
- ☐ (MP) Malpractice
- ☐ (PL) Products Liability
- ☐ (OD) Other

**Contracts**
- ☐ (IS) Insurance
- ☐ (DO) Debt: Open Account
- ☐ (PN) Debt: Promissory Note
- ☐ (EM) Employment
- ☐ (OC) Other

**Miscellaneous**
- ☐ (CD) Condemnation
- ☐ (RE) Replevin
- ☐ (DJ) Declaratory Judgment
- ☐ (UD) Unlawful Detainer
- ☐ (IN) Incorporation
- ☐ (EL) Election
- ☐ (FJ) Foreign Judgment
- ☐ (WT) Writs _____
- ☐ (AA) Administrative Appeal
- ☐ (CF) Property Forfeiture
- ☐ (OT) Other

Jury Trial Requested: ■ Yes ☐ No    Manner of Filing: ■ Original  ☐ Re-Open  ☐ Transfer
                                                      ☐ Return from Federal/Bankruptcy Court

## DISPOSITION INFORMATION

Disposition Date: _____  ☐ Bench Trial   ☐ Non-Trial   ☐ Jury Trial

**Judgment Type:**
- ☐ (DJ) Default Judgment
- ☐ (SJ) Summary Judgment
- ☐ (CJ) Consent Judgment
- ☐ (TJ) Trial Judgment
- ☐ (OJ) Other Judgment
- ☐ (PG) Petition Granted
- ☐ (PD) Petition Denied

**Dismissal Type:**
- ☐ (DW) Dismissed with Prejudice
- ☐ (DN) Dismissed without Prejudice

**Other:**
- ☐ (TR) Transferred to Another Jurisdiction
- ☐ (RB) Removed to Bankruptcy Court
- ☐ (RF) Removed to Federal Court
- ☐ (AR) Arbitration

**Judgment For:**
☐ Plaintiff   ☐ Defendant   ☐ Both        Judgment Amount: $_____

Clerk Signature _____   Date _____

AOC 24  8-98
625 Marshall Street
Little Rock AR 72201

Send 1 paper or electronic copy to AOC upon Filing.
Send 1 paper or electronic copy to AOC upon Disposition.
Keep original in Court file.